UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| DORIAN ALEXANDER EDWARDS, | Case No. 17-cv-02888-LB |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| STEVEN ALFRED BOOSKA, et al., | Re: ECF No. 61 |
| Defendants. | |

The parties settled their case in January and filed a notice of settlement.[1] Under the terms of the parties' settlement, Mr. Edwards agreed to: (1) pay Mr. Booksa's client $15,000; (2) dismiss the instant action with prejudice; and (3) provide full satisfaction of judgment to Mr. Booksa.[2] According to the defendants' statement filed on June 21, 2018, Mr. Edwards paid $10,000 to Mr. Booksa's client on March 22, 2018 and stated that he would pay the remaining $5,000 within sixty days.[3] Mr. Edwards has not paid the remaining $5,000.[4] Defendants' counsel has attempted to

---

[1] ECF No. 52 at 1. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] *Id.*

[3] ECF No. 61 at 1.

[4] *Id.*

ORDER – No. 17-cv-02888-LB

communicate with Mr. Edwards regarding the settlement payment, but Mr. Edwards has not communicated with defendants since March 22, 2018.[5]

Under the circumstances, the court sets a show-cause hearing for July 5, 2018 at 9:30 a.m. At that hearing, Mr. Edwards must appear in person to address the status of the settlement and to show cause why the settlement agreement has not been signed, the agreed-upon consideration has not been delivered, and why the case should not be restored to the court's trial calendar. A stipulated dismissal will discharge the order to show cause and will close the case. The deadline for that stipulated dismissal is due by noon on July 3, 2018.

**IT IS SO ORDERED.**

Dated: June 22, 2018

_____

LAUREL BEELER
United States Magistrate Judge

---

[5] *Id.* at 2.